1  MICHAEL D. LONG
   Attorney at Law
2  State Bar No. 149475
   721 Ninth Street, Suite 250
3  Sacramento, CA 95814
   (916) 447-1965; Fax: (916) 447-1940
4  Long_5999@msn.com

5  Attorney for Defendant
   HOANG AI LE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S- 99-433 WBS |
| Plaintiff, | **ORDER DENYING DEFENDANT HOANG AI LE's MOTION FOR ORDER RE ATHLETIC SHOES** |
| vs. | |
| **HOANG AI LE** | |
| Defendant. | Judge: Hon. William B. Shubb |

   Defendant Hoang Ai Le has moved for an order from this court directing THE SACRAMENTO COUNTY MAIN JAIL to permit him to wear athletic shoes with better ankle support, for medical reasons, while Mr. LE is in custody.  The government opposes the motion.  The court defers to the judgment of defendant's custodians on the question of what type of shoes he should wear while in custody.  The motion is therefore DENIED.

   Dated:       November 27, 2006

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

1