1

**MICHAEL D. LONG**
Attorney at Law

2

California State Bar Number 149475
901 H Street, Suite 208

3

Sacramento, CA 95814
Telephone:  (916) 447-1920

4

Facsimile:  (916) 442-8299
Email:        Long_5999@msn.com

5

Attorney for Defendant

6

HOANG AI LE

7

8

**UNITED STATES DISTRICT COURT**

9

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

United States of America,                        )   Case No.:  Cr.S-99-433-WBS
                                                 )

12

              Plaintiff,                         )   **APPLICATION, ORDER, AND WRIT**
                                                 )   **FOR WRIT OF HABEAS CORPUS**

13

       vs.                                       )   **AD TESTIFICANDUM**
                                                 )

14

JOHN THAT LUONG,                                 )
HOANG AI LE,                                     )

15

THENG LATTANAPHON,                               )   **[witness MADY CHAN]**
                                                 )

16

MINH HUYNH,                                      )
              Defendants                         )   **Produce on 11-8-07 at 8:30 a.m.**
                                                 )

17

18

        COMES NOW the defendant herein by his counsel of record and represents and shows:

19

        Defendant HOANG AI LE is requesting that **witness MADY CHAN, Sacramento**

20

**County Cross-Reference Number 2405573, dob 10-19-1965,** be produced in court from the

21

Sacramento County Main Jail, located at 651 "I" Street in Sacramento, for the jury trial in that

22

said witness/prisoner is a necessary, material and competent factual witness, and that in order to

23

secure the attendance of said prisoner it is necessary that a Writ of Habeas Corpus Ad

24

Testificandum be issued commanding said Warden or Jailor to produce said prisoner in said

25

Court, the Courtroom of the Honorable William B. Shubb, Courtroom #1, Sixteenth Floor,

- 1 -

1    Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California, on

2    **November 8, 2007**, at **8:30 a.m**., in order that said defendant/prisoner may respond to and

3    answer such questions as may be propounded to him during the course of the jury trial.

4           WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of

5    Habeas Corpus Ad Testificandum, out of and under the seal of this Court, commanding said

6    Warden or Jailor to have and produce said prisoner in said United States Courtroom on said date,

7    then and there to respond to and answer such questions as may be propounded to him during the

8    course of the hearing of the above-entitled case; and at the termination of said case to return him

9    forthwith to said above-mentioned institution.

10          I declare under penalty of perjury and the preceding it true and correct.  Executed on

11

12   November 2, 2007.

13                                              **MICHAEL D. LONG**
                                                Attorney at Law

14                                              /s/ Michael D. Long
15                                              By: Michael D. Long
                                                Attorney for Defendant
16                                              HOANG AI LE

17

18                                     **ORDER**

19

20         Upon reading and filing the foregoing application in that behalf; **IT IS ORDERED** that a

21   Writ of Habeas Corpus Ad Testificandum issue for witness MADY CHAN as prayed for herein.

22   Dated:   November 5, 2007

23

24                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
25

1

2

3

4

5

6

7  **MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
8  901 H Street, Suite 208
Sacramento, CA 95814
9  Telephone:  (916) 447-1920
Facsimile:  (916) 442-8299
10  Email:        Long_5999@msn.com

11  Attorney for Defendant
HOANG AI LE

12

13                      **UNITED STATES DISTRICT COURT**

14            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

15  United States of America,              )  Case No.:  Cr.S-99-433-WBS
                                           )
16              Plaintiff,                 )  **WRIT OF HABEAS CORPUS**
                                           )  **AD TESTIFICANDUM**
17         vs.                             )
                                           )  **[witness MADY CHAN]**
18  JOHN THAT LUONG,                       )
HOANG AI LE,                               )  **Produce on 11-8-07 at 8:30 a.m.**
19  THENG LATTANAPHON,                     )
MINH HUYNH,                                )
20              Defendants                 )

21

22         THE PRESIDENT OF THE UNITED STATES OF AMERICA

23  TO:    The Sheriff or Jailor of the SACRAMENTO COUNTY MAIN JAIL at 651 "I" Street in

24  Sacramento, California, 95814, and to any United States Marshal.

25

- 3 -

1

G R E E T I N G

2

 WE COMMAND on November 8, 2007, that you produce and deliver the person known

3

as **MADY CHAN, Sacramento County Cross-Reference Number 2405573, dob 10-19-1965,**

4

now in your custody in the herein above mentioned institution, to the custody of the United

5

States Marshal, or other authorized Federal Agents, so that he may be brought before the United

6

States District Court, Courtroom # 5, Fifteenth Floor, Robert T. Matsui United States

7

Courthouse, 501 "I" Street Sacramento, California, forthwith and for the duration of the hearing

8

of the above-entitled case, in order that said prisoner may then and there respond to and answer

9

to as a witness such questions as may be asked him in the course of said hearing; and at the

10

termination of said hearing to return him forthwith to said herein above mentioned institution.

11

 WITNESS the Honorable **William B. Shubb**, Judge, United States District Court for the

12

Eastern District of California.

13

14

15

DATED:  November 5, 2007

16

17

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

DATED: _____          **C**LERK, UNITED STATES DISTRICT COURT
                                            Eastern District of California

23

24

25

                                            By: _____
                                              DEPUTY CLERK

- 4 -