**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 208
Sacramento, CA  95814
Telephone:    (916) 447-1920
Facsimile:     (916) 442-8299
Email:          Long_5999@msn.com

Attorney for Defendant
HOANG AI LE

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THAT LUONG<br><br>HOANG AI LE, et al<br><br>Defendants | Case No.: Cr.S-99-433 WBS<br><br>**APPLICATION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**<br><br>**Judge:  Hon. William B. Shubb** |

Comes now the defendant, by his counsel Michael Long, and represents and shows:

1. On December 14, 2007, Hoang Ai Le was convicted by a jury of Counts 8 and 9 of the Indictment.

2. In ECF document 1288, filed on June 12, 2009, Hoang Ai Le was ordered to be sentenced by the Honorable William B. Shubb in case 99-433 at 8:30 a.m. on September 21, 2009.

3. Sometime after June 12, 2009, Mr. Le was removed from EDCA custody at the Sacramento County Jail and re-housed in NDCA custody at the Alameda County Jail

for the purpose of a United States v. Ameline re-sentencing Mr. Le in NDCA case 96-94 MHP.

4. Mr. Le's NDCA re-sentencing was continued to October 1, 2009, as his appointed NDCA attorney, George Boisseau, was in trial when Mr. Le had previously been scheduled for his NDCA re-sentencing.

5. In order to secure the presence of the defendant Hoang Ai Le for the September 21, 2009, EDCA sentencing scheduled for himself and his three co-defendants, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued by this court commanding the Warden, Sheriff or Jailor of Alameda County to produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence for other proceedings incident thereto.

6. Assistant United States Attorney William Wong has been informed by undersigned counsel of this request and he objects to Hoang Ai Le's request for a writ. AUSA Wong wants defendant Le to be re-sentenced in the NDCA before Mr. Le is sentenced in the EDCA.

WHEREFORE, petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum, out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court at said time, and then and there to present the defendant before the Court, and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant, to return defendant to the custody of the Warden, Sheriff or Jailor. A proposed Writ of Habeas Corpus Ad Prosequendum has been separately lodged with the district court.

Dated:  September 10, 2009               Respectfully submitted,
                                         /s/ Michael D. Long
                                         **MICHAEL D. LONG**
                                         Attorney for Defendant
                                         HOANG AI LE

- - - - - - - - - - - - - - - -

**O R D E R**

Upon reading the filing and foregoing application,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED:  September 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE