IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>HOANG AI LE,<br><br>               Defendant. | NO. CR S-99-433-07 WBS<br><br>**ORDER** |

Pursuant to the written request of defendant Hoang Ai Le, filed January 6, 2010, it is hereby ordered that the sentencing and motions of defendant Le are continued from January 19, 2010 until March 1, 2010 at 9:00 AM.

Dated: January 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1