PHILLIP A. TALBERT
Acting United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOANG AI LE,<br><br>　　　　　　　Defendant. | CASE NO. 2:99-CR-433 WBS / 2:16-CV-1090 WBS<br><br>ORDER ON GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT LE'S § 2255 PETITION |

O R D E R

Having found good cause, the Government's Opposition is now due on July 15, 2016. Defendant's reply shall be filed by July 29, 2016.

IT IS SO ORDERED

Dated: June 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1