UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>HOANG AI LE,<br><br>             Defendant. | CR.  NO. 2:99-00433 WBS<br>CIV. NO. 2:16-01090 WBS<br><br>ORDER |

----oo0oo----

On June 14, 2016, petitioner Hoang Ai Le filed a motion pursuant to 28 U.S.C. § 2255.  (Docket No. 1717.)  The United States shall file an opposition to petitioner's motion no later than July 22, 2016.  Petitioner may then file a reply no later than August 5, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  June 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE