UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HOANG AI LE,<br><br>          Defendant. | CR.  NO. 2:99-00433-07 WBS<br>CIV. NO. 2:16-01090 WBS<br><br>ORDER |

----oo0oo----

    IT IS HEREBY ORDERED that the petitioner's motions pursuant to 28 U.S.C. § 2255 (Docket Nos. 1706 and 1717) are referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 1723) shall remain in effect.

    IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1