UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOANG AI LE,

Defendant.

No. 2:99-cr-433 WBS
No. 2:16-cv-1090 WBS AC

ORDER

Defendant, a federal prisoner represented by counsel, has filed two pro se motions to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. ECF Nos. 1706, 1717. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed July 26, 2016 (ECF No. 1741), are adopted in full;

2. Defendant's pro se motions, ECF No. 1706 and 1717, are stricken without prejudice to renewal through counsel following resolution of the pending appeal.

Dated: September 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Le0433.801.vac