UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>   v.<br><br>HOANG AI LE,<br><br>            Movant. | No.  2:99-cr-0433 WBS AC<br><br><br>ORDER |

Movant is a federal prisoner proceeding with counsel on an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 1760. In the motion, movant asserts that he is entitled to relief under Johnson v. United States, 135 S. Ct. 2551 (2015). Id. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be directed to file an answer to the motion. See Rule 4, Rules Governing Section 2255 Proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file an answer to petitioner's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1760) within thirty days of service of this order. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing

////

1

Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

    2.  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: November 29, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE