1  PHILLIP A. TALBERT
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: 916-554-2700

5  Attorneys for Respondent
   United States of America
6

7
8             IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC
12 | Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION
13 | v. |
14 | HOANG AI LE, |
15 | Defendant/Movant. |

16

17     Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert,
18 United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests a 32
19 day extension of time until January 31, 2017, in which to file its answering brief to defendant's section
20 2255 petition.
21     Counsel for the Government is scheduled to have surgery on December 12, 2016 and will be out
22 of the office through approximately December 27, 2016.  Counsel for the Government will also be out
23 of the state January 9, 2019, through January 17, 2017, for a medical examination and treatment.
24     Defense counsel does not oppose the Government's request.
25 ///
26 ///
27 ///
28 ///

STIPULATION FOR EXTENSION OF TIME TO RESPOND

Dated: December 11, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ *WILLIAM S. WONG*
WILLIAM S. WONG
Assistant United States Attorney

Dated: December 11, 2016

/s/ *GEOFFREY M. JONES*
GEOFFREY M. JONES
Attorney for Hoang Ai Le

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due January 31, 2017.

DATED: December 14, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND