PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC |
| Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |
| v. | |
| HOANG AI LE, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests a 7-day extension of time until February 07, 2017, in which to file its answering brief to defendant Hoang Ai Le's section 2255 petition.

Counsel for the Government needs additional time to complete its research and to write its opposition.

Geoffrey M. Jones, counsel for defendant, does not oppose the Government's request.

///

///

///

///

///

1   Dated:  January 30, 2017                    PHILLIP A. TALBERT
                                               United States Attorney
2

3                                              /s/ *WILLIAM S. WONG*
                                               WILLIAM S. WONG
4                                              Assistant United States Attorney

5

6   Dated:  January 30, 2017                   /s/ *GEOFFREY M. JONES*
                                               GEOFFREY M. JONES
7                                              Attorney for Hoang Ai Le

8

9                         **[PROPOSED] ORDER**

10          The Court, having received, read, and considered the stipulation of the parties, and good cause

11  appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

12          It is further ordered that the Government's answering brief to defendant's section 2255 petition is

13  now due February 07, 2017.

14  DATED: January 31, 2017

15

16                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28