PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC |
| Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |
| v. | |
| HOANG AI LE, | |
| Defendant/Movant. | |

   Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests an 8 - day extension of time until February 15, 2017, in which to file its answering brief to defendant Hoang Ai Le's section 2255 petition.

   Counsel for the Government needs additional time to complete its research and to write its opposition with the following reasons: (1) counsel for the Government began experiencing computer problems beginning Thursday, February 2, 2017, which required IT personnel to eventually replace counsel's computer which operated the legal Dragon word processing software. Counsel's new computer was installed with the newest operating system Windows 10 which required counsel to familiarize himself with this system; (2) counsel continued to experience further computer issues causing further delay in completing the Government's opposition; and (3) counsel had to take time off for medical appointment.

STIPULATION FOR EXTENSION OF TIME TO RESPOND

Geoffrey M. Jones, counsel for defendant, does not oppose the Government's request and requests that he be given 30 days to file his reply.

Dated: February 6, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *WILLIAM S. WONG*
WILLIAM S. WONG
Assistant United States Attorney

Dated: February 6, 2017

/s/ *GEOFFREY M. JONES*
GEOFFREY M. JONES
Attorney for Hoang Ai Le

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due February 15, 2017. The defendant's reply, if any, is due 30 days thereafter.

DATED: February 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND