PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>HOANG AI LE,<br><br>Defendant/Movant. | 2:99-CR-00433-WBS-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests a two-day extension of time until February 17, 2017, in which to file its answering brief to defendant Hoang Ai Le's section 2255 petition.

Counsel for the Government needs additional time to complete its research and to write its opposition with the following reasons: (1) on February 15, 2017, at 10:43 AM, counsel's computer froze and counsel was unable to complete the Government's opposition to defendant's 2255 petition; (2) counsel's computer has been experiencing problems on and off for some time; and (3) the Government's opposition is nearly completed and barring further computer problems, the two-day extension would permit the Government to file its opposition. Geoffrey M. Jones, counsel for defendant, does not oppose the Government's request and requests that he be given 30 days to file his reply.

STIPULATION FOR EXTENSION OF TIME TO RESPOND

| | |
|---|---|
| Dated: February 15, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ *WILLIAM S. WONG*<br>WILLIAM S. WONG<br>Assistant United States Attorney |
| | |
| Dated: February 15, 2017 | /s/ *GEOFFREY M. JONES*<br>GEOFFREY M. JONES<br>Attorney for Hoang Ai Le |

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due February 17, 2017. The defendant's reply, if any, is due 30 days thereafter.

DATED: February 16, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND