PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |
| v. | |
| HOANG AI LE, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests an 11-day extension of time until February 28, 2017, in which to file its answering brief to defendant Hoang Ai Le's section 2255 petition.

With apologies to the Court and counsel for the defendant, the Government needs additional time to complete its written opposition because Government's counsel continues to experience problems with his computer. Counsel believes that the problems may finally be under control and barring further computer problems, this extension would permit the Government to file its opposition. Counsel intends to work over the weekend to complete the opposition, but is requesting an additional few days just in case unforeseen problems arise. Geoffrey M. Jones, counsel for defendant has graciously extended professional courtesy and does not oppose the Government's request. Counsel for the defendant requests that he be given 30 days to file his reply.

STIPULATION FOR EXTENSION OF TIME TO RESPOND

Dated: February 17, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *WILLIAM S. WONG*
WILLIAM S. WONG
Assistant United States Attorney

Dated: February 17, 2017

/s/ *GEOFFREY M. JONES*
GEOFFREY M. JONES
Attorney for Hoang Ai Le

### [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due February 28, 2017. The defendant's reply, if any, is due 30 days thereafter.

DATED: February 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE