PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER TO FILE GOVERNMENT'S AMENDED OPPOSITION TO DEFENDANT LE'S MOTION UNDER 28 U.S.C. SECTION 2255 |
| v. | |
| HOANG AI LE, | |
| Defendant/Movant. | |

    Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests this Court grant the filing of the Government's amended opposition to defendant Hoang Ai Le's section 2255 petition (attached hereto).

    With apologies to the Court and counsel for the defendant, the Government is hereby amending its opposition to correct the page numbering in its table of authorities and include the exhibit numbers in its brief as well as attach said exhibits. The government has not made any substantive changes to the text of its opposition.

    Geoffrey M. Jones, counsel for defendant has graciously extended professional courtesy and does not oppose the Government's request. Counsel for the defendant requests that he be given 30 days to file his reply.

| | |
|---|---|
| Dated:  March 8, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ *WILLIAM S. WONG*<br>WILLIAM S. WONG<br>Assistant United States Attorney |
| Dated:  March 8, 2017 | /s/ *GEOFFREY M. JONES*<br>GEOFFREY M. JONES<br>Attorney for Hoang Ai Le |

## [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's amended opposition to defendant's section 2255 petition is deemed filed. The defendant's reply, if any, is due within 30 days.

DATED: March 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE