# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>HOANG AI LE,<br><br>    Movant. | No. 2:99-cr-0433 WBS AC<br><br>ORDER |

Movant Hoang Ai Le has filed a notice of supplemental authority with respect to his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 1790.

Accordingly, IT IS HEREBY ORDERED that respondent may file a response to the notice within fourteen days of service of this order.

DATED: May 7, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE