UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>HOANG AI LE,<br><br>    Movant. | No. 2:99-cr-0433 WBS AC<br><br><br>ORDER |

Movant, a federal prisoner, has filed a pro se motion to vacate Count 9. ECF No. 1796. However, movant is represented by counsel. A motion to vacate, set aside, or correct his sentence related to Count 9, pursuant to 28 U.S.C. § 2255, is pending before the court. ECF No. 1760. Accordingly, movant's pro se motion to vacate will be stricken from the record and movant is advised that any further motions should be made through counsel.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court strike movant's pro se motion to vacate (ECF No. 1796) from the record.

DATED: November 8, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1