MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No.CR 99-433-07 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) FOR A NEW SENTENCING DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) AUGUST 3, 2020 |
| HOANG AI LE, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ==============================) | |

Defendant Hoang Ai Le is requesting a continuance of his sentencing hearing, which is presently set for July 13, 2020, to a new date of August 3 2020.

On or about June 29, 2020, Mr. Le was transferred from FCI Victorville to the Southern Nevada Correctional Center in Pahrump, Nevada.  We do not know when he will be transferred to the Sacramento County jail.

We expect the pre-sentence report to be completed this week.  Mr. Long and Mr. Hitt need the continuance to August 3, 2020, in order to file any objections to the pre-sentence report and to file any sentencing memoranda.

AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Dated:  July 8, 2020                               Respectfully submitted,

                                                                /s/ Michael D. Long
                                                                MICHAEL D. LONG
                                                                Attorney for Hoang Ai le

Dated: July 8, 2020

McGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Le's sentencing shall be heard on the new date of August 3, 2020 at 9:00 a.m.

Dated: July 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-