MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 99-433-07 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW STATUS DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) JANUARY 24, 2022 |
| HOANG AI LE, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ==============================) | |

  Defendant Hoang Ai Le is requesting a continuance of his status hearing, which is presently set for December 20, 2021, to a new date of January 24, 2022.

  Mr. Le is in the process of being transferred from the Canaan USP to the Sacramento County jail.  He is likely to arrive in Sacramento in early January.  Continuing the status to January 24, 2022, will allow defense counsel to meet with Mr. Le prior to appearing in court.

  AUSA Jason Hitt, on behalf of the United States Attorney's Office, has no objection to the requested continuance.

Dated:  December 8, 2021        Respectfully submitted,

                  /s/ Michael D. Long
                  MICHAEL D. LONG
                  Attorney for Hoang Ai Le

Dated:  December 8, 2021        PHILLIP TALBERT
                  Acting United States Attorney

                  /s/ Jason Hitt
                  JASON HITT
                  Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Le's status conference shall be heard on the new date of January 24, 2022 at 9:00 a.m.

Dated:  December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE