MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,     ) No. 2:99-433-07 WBS
                  Plaintiff,      )
                                  ) STIPULATION AND
     v.                           ) ORDER TO CONTINUE
                                  ) STATUS CONFERENCE
                                  )
HOANG AI LE,                      ) Requested date: 2-7-2022
                  Defendant.      ) Time: 9:00 a.m.
                                  ) Judge: Hon. William B. Shubb
===============================)
```

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney and Michael D. Long, attorney for defendant HOANG AI LE, that the status conference set for January 24, 2022, at 9:00 a.m. should be continued and re-set for February 7, 2022, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Le has not yet arrived in Sacramento to meet with Mr. Long.  Mr. Le is being transported from facility to facility by the U.S. Marshal, and it is hoped that he will arrive in Sacramento next week.  Mr. Long must meet with Mr. Le about re-sentencing issues before we have our first status conference in district court.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on February 7, 2022.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through January 20, 2022.

All parties request the date of February 7, 2022, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to February 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 20, 2022				Respectfully submitted,

						/s/ Michael D. Long
						MICHAEL D. LONG
						Attorney for Hoang Ai Le


Dated:  January 20, 2022				PHIL TALBERT
						Acting United States Attorney

						/s/ Jason Hitt
						JASON HITT
						Assistant U.S. Attorney

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for February 7, 2022, at 9:00 a.m., before District Court Judge William B. Shubb.

Time is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new hearing date of February 7, 2022.

Dated: January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE