MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 99-433 07 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW STATUS DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) AUGUST 29, 2022 |
| HOANG AI LE, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ==============================) | |

Defendant Hoang Ai Le is requesting a continuance of his sentencing hearing, which is presently set for June 6, 2022, to a new date of August 29, 2022.

The probation office has generated the draft pre-sentence report.  The defense has been working on drafting informal objections, yet needs more time to finish them.  Counsel will need to review the informal objections with Mr. Le in the Nevada County Jail before completing the objections.  Continuing the sentencing hearing to August 29, 2022, will allow defense counsel to finish the objections and will allow the probation office to assess the objections and file the final pre-sentence report.

AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Judgment and Sentencing Date: August 29, 2022

Reply, or Statement of Non-opposition: August 22, 2022

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 15, 2022

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 1, 2022

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: July 18, 2022

Dated:  May 25, 2022                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Hoang Ai Le

Dated:  May 25, 2022                    PHILLIP TALBERT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Le's sentencing hearing shall be heard on the new date of August 29, 2022.  The PSR schedule will be amended to:

Judgment and Sentencing Date: **August 29, 2022, 9:00 a.m.**

Reply, or Statement of Non-opposition: August 22, 2022

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 15, 2022

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 1, 2022

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: July 18, 2022

Dated:  May 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE