MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 99-433-07 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW STATUS DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) SEPTEMBER 26, 2022 |
| HOANG AI LE, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ===============================) | |

    Defendant Hoang Ai Le is requesting a continuance of his sentencing hearing, which is presently set for August 29, 2022, to a new date of September 26, 2022.

    The probation office has generated the draft pre-sentence report.  The defense sent its informal objections to the probation office two weeks later than scheduled.  Probation needs additional time to analyze the defense informal objections.

    AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

    Judgment and Sentencing Date: September 26, 2022

    Reply, or Statement of Non-opposition: September 19, 2022

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 6, 2022

    The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 29, 2022

    ///

-1-

Dated: August 3, 2022     Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Hoang Ai Le

Dated: August 3, 2022     PHILLIP TALBERT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Le's sentencing hearing shall be heard on the new date of September 26, 2022. The PSR schedule will be amended to:

Judgment and Sentencing Date: **September 26, 2022 at 9:00 a.m.**

Reply, or Statement of Non-opposition: September 19, 2022

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 6, 2022

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: August 29, 2022

Dated: August 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE