MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 99-433-07 WBS |
|                 Plaintiff, | ) |
| | ) STIPULATION AND |
|     v. | ) ORDER FOR A NEW STATUS DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) December 5, 2022 |
| HOANG AI LE, | ) |
| | ) |
|                 Defendant. | ) Judge: Hon. William B. Shubb |
| ==============================) | |

      Defendant Hoang Ai Le is requesting a continuance of his sentencing hearing, which is presently set for September 26, 2022, to a new date of December 5, 2022.

      The probation office has generated the draft and final pre-sentence reports.  The defense needs additional time to obtain records that have already been requested, work on the formal objections and finish the sentencing memorandum.

      AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

      Judgment and Sentencing Date: December 5, 2022

      Reply, or Statement of Non-opposition: November 28, 2022

      Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 14, 2022

- The Presentence Report was filed with the Court and disclosed to the parties on September 2, 2022

      ///

-1-

Dated:  September 6, 2022                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Hoang Ai Le

Dated:  September 6, 2022                    PHILLIP TALBERT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Le's sentencing hearing shall be heard on the new date of September 26, 2022.  The PSR schedule will be amended to:

Judgment and Sentencing Date: **December 5, 2022 at 9:00 a.m**.

Reply, or Statement of Non-opposition: November 28, 2022

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 14, 2022

Dated:  September 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE