MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for HOANG AI LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 99-433-07 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW STATUS DATE |
| | ) FOR Mr. HOANG AI LE OF |
| | ) MARCH 13, 2023 |
| HOANG AI LE, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| ===============================) | |

Defendant Hoang Ai Le is requesting a continuance of his sentencing hearing, which is presently set for December 5, 2022, to a new date of March 13, 2023.

The probation office has previously generated the draft and final pre-sentence reports. However, given the passage of years since many parts of the original PSR were generated, Mr. Le needs to be interviewed to update information.  The defense needs additional time to obtain records that have already been requested, work on the objections and finish the sentencing memorandum.

AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Judgment and Sentencing Date: March 13, 2023

Reply, or Statement of Non-opposition: March 6, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 21, 2023

The Presentence Report will be filed with the Court and disclosed to the parties on February 14, 2023

-1-

Dated: November 28, 2022      Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Hoang Ai Le

Dated: November 28, 2022      PHILLIP TALBERT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that Mr. Le's sentencing hearing shall be heard on the new date of March 13, 2023 at 9:00 a.m. The PSR schedule will be amended to:

Reply, or Statement of Non-opposition: March 6, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 21, 2023

The Presentence Report will be filed with the Court and disclosed to the parties on February 14, 2023

Dated: November 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE