UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:99-cr-00433-07 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| HOANG AI LE, | |
| Defendant. | |

----oo0oo----

Defendant Hoang Ai Le has filed a letter with this court in which he requests that (1) his attorney be granted permission to file a motion for compassionate release on his behalf and (2) the court issue an order "for the government/B.O.P. to release the central file to my attorney." (Docket No. 1994.)  The court notes that because defendant is already represented by attorney Michael Long, the court need not issue any order permitting his attorney to file any motion on his behalf, request records, or seek any other relief.  Moreover, because defendant has not yet been resentenced after the Ninth

1

Circuit's remand, any request for compassionate release would presumptively be premature, though defense counsel may address any and all relevant factors regarding the appropriate sentence at resentencing.

      IT IS SO ORDERED.

Dated: January 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE